☐AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

### for the
### Northern District of California

**COPY**

E-filing

| | |
|---|---|
| Ningbo Yong Feng Packaging Co., Ltd. | ) |
| Plaintiff | ) |
| v. | ) |
| Eagle Bag Corporation | ) |
| Defendant | ) |

Civil Action No. C08-02327 SBA

## Summons in a Civil Action

To: *(Defendant's name and address)*
    Eagle Bag Corporation
    700A Independent Rd.
    Oakland, CA 94621

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Pamela E. Singer, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
_____
Name of clerk of court

Date: ___MAY - 6 2008___

**KELLY COLLINS**
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

□ AO 440 (Rev. 04/08) Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _____
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com