AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT    **ORIGINAL**
for the
Northern District of California

E-filing

| | |
|---|---|
| Ningbo Yong Feng Packaging Co., Ltd. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. C08-02327 SBA |
| Eagle Bag Corporation ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Eagle Bag Corporation
700A Independent Rd.
Oakland, CA 94621

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Pamela E. Singer, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAY - 6 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , _____
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com

PAMELA E. SINGER (SBN 224758)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Attorney for: Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - (OAKLAND)

Petitioner : NINGBO YONG FENG PACKAGING CO., LTD.
Respondent : EAGLE BAG CORPORATION

Ref#: 235600        *  **PROOF OF SERVICE**  *  Case No.: C08-02327 SBA

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; PETITION FOR ORDER CONFIRMING FOREIGN ARBITRATION AWARD PURSUANT TO 9 U.S.C. § 207; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served      : EAGLE BAG CORPORATION

    By serving        : Wang Chin Long, Agent for Service

    Address           : (Business)
                        700A Independent Rd.
                        Oakland, CA 94621

    Date of Service:  May 6, 2008

    Time of Service:  12:45 PM

Person who served papers:
TYSON C. ADLAO
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $90.50
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 958
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 6, 2008                              Signature_____