1  Malhar S. Pagay (CA Bar No. 189289)
   Pamela E. Singer (CA Bar No. 224758)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, California  94111-4500
   Telephone: 415/263-7000
4  Facsimile:  415/263-7010

5

6  Attorneys for Petitioner

7

8             **UNITED STATES DISTRICT COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA**

10                **OAKLAND DIVISION**

11  In the Matter of the Arbitration between          Civil Action, File No. 08-02327 SBA

12  Ningbo Yong Feng Packaging Co., Ltd,             **CERTIFICATE OF SERVICE**

13                              Petitioner,

14        v.

15  Eagle Bag Corporation,

16                              Respondent.

17

18

19

20

21

22

23

24

25

26

27

28

*PACHULSKI STANG ZIEHL & JONES LLP*
*ATTORNEYS AT LAW*
*SAN FRANCISCO, CALIFORNIA*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## PROOF OF SERVICE

STATE OF CALIFORNIA            )
                              )
COUNTY OF SAN FRANCISCO        )

I, Katherine Suk, am employed in the city and county of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California  94111-4500.

On May 8, 2008, I caused to be served the

*__Clerk's Notice__* re: updated telephonic case management conference

in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

Wang Chin Long
Agent for Service of Process for Eagle Bag Corporation
700A Independent Rd.
Oakland, CA 94621

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by                    to the addressee(s) as indicated on the attached list.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 8, 2008, at San Francisco, California.

                    */s/ Katherine Suk*
                    Katherine Suk