Malhar S. Pagay (CA Bar No. 189289)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>NINGBO YONG FENG PACKAGING CO., LTD,<br><br>Petitioner,<br><br>v.<br><br>EAGLE BAG CORPORATION,<br><br>Respondent. | Civil Action, File No. C08-02327<br><br>**REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT BY THE CLERK** |

**TO THE CLERK OF THE COURT FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION:**

Petitioner, Ningbo Yong Feng Packaging Co., Ltd., ("Petitioner"), by and through its undersigned counsel, hereby requests, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, that the Clerk of the Court enter the default of Eagle Bag Corporation ("Respondent") for failure to plead or otherwise defend the *Petition for Order Confirming Foreign Arbitration Award Pursuant to 9 U.S.C. § 207* (the "Petition") filed in this case.[1]

Petitioner further requests, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure that the Clerk of the Court enter a default judgment in favor of Petitioner and against Respondent in the amount of (A) $328,565.84, comprised of (i) damages awarded by the Arbitration Commission in the amount of $315,597.07, and (ii) costs awarded by the Arbitration Commission in the amount

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Petition.

13900-076\DOCS_SF:59563.1

REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT BY THE CLERK

1

of RMB 89,936 yuan, which, at the exchange rate current as of June 2, 2008, calculates to $12,968.77, plus (B) interest thereon, at the rate of 6.0% per annum commencing September 9, 2007, through the date that the Respondent satisfies the judgment, as set forth in the Arbitration Award, plus (C) costs incurred in this action in the amount of $548.50, with post-judgment interest to accrue on such costs at the rate of 2.05% per annum commencing from the date of entry of this judgment, until paid.

As set forth in the Declaration of Pamela E. Singer filed herewith, Petitioner's claim is for a sum certain, the Respondent is not an infant, incompetent or person in the military, and the Respondent has failed to respond to the Petition, despite proper service thereof.

**WHEREFORE**, Petitioner requests that the Clerk of the United States District Court enter a default against Respondent and enter a default judgment.

Dated:   June 6, 2008            PACHULSKI STANG ZIEHL & JONES LLP

                                 By   */s/ Pamela E. Singer*
                                      Pamela E. Singer (CA Bar No. 224758)
                                      Attorneys for Petitioner