Malhar S. Pagay (CA Bar No. 189289)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>NINGBO YONG FENG PACKAGING CO., LTD,<br><br>Petitioner,<br><br>v.<br><br>EAGLE BAG CORPORATION,<br><br>Respondent. | Civil Action, File No. C08-02327<br><br>**ENTRY OF DEFAULT BY CLERK AND NOTICE THEREOF** |

It appearing from the records in the above-entitled action that a summons (the "Summons") has been served upon the Respondent named above, and it further appearing from the declaration of counsel for Petitioner, and other evidence as required by Federal Rule of Civil Procedure 55(a), that the above Respondent has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

**NOW, THEREFORE** on the request of counsel, the DEFAULT of Eagle Bag Corporation is hereby entered:

Dated: _____

For the Court:
Richard W. Wieking
Clerk of Court
United States District Court

By _____
    Deputy Clerk

I, the undersigned, a regularly appointed and qualified clerk of the Office of the District Court Judge of the United States District Court for the Northern District of California at Oakland do hereby certify:

That I, in the performance of my duties of such clerk, served a copy of the foregoing document by depositing it in the regular mail in Oakland, California, on the date shown below, in a sealed envelope, addressed as listed below.

Dated: _____

                                                    Deputy Clerk

**Respondent**
Wang Chin Long
Agent for Service of Process for
Eagle Bag Corporation
700A Independent Road
Oakland, CA 94621

**Counsel to Petitioner**
Pamela E. Singer
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111