1 Malhar S. Pagay (CA Bar No. 189289)
Pamela E. Singer (CA Bar No. 224758)
2 PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
3 San Francisco, California 94111-4500
Telephone: 415/263-7000
4 Facsimile: 415/263-7010

5

6 Attorneys for Petitioner

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

11 In the Matter of the Arbitration between | Civil Action, File No. C08-02327

12 NINGBO YONG FENG PACKAGING CO., LTD, | **JUDGMENT**

13 Petitioner,

14 v.

15 EAGLE BAG CORPORATION,

16 Respondent.

17       The Clerk of the Court has previously entered a default pursuant to the *Request for Entry of*

18 *Default and For Default Judgment By the Clerk,* filed by Ningbo Yong Feng Packaging Co., Ltd.

19 ("Petitioner") on June __, 2008.

20       The Petitioner has submitted the *Declaration of Pamela E. Singer* (the "Singer Declaration")

21 that states that the Respondent, Eagle Bag Corporation ("Respondent"), is not an infant, incompetent

22 or in the military and that despite proper service, Respondent has failed to respond to the *Petition for*

23 *Order Confirming Foreign Arbitration Award Pursuant to 9 U.S.C. § 207* ("Petition")[1] that

24 Petitioner filed in this case on May 6, 2008. The Petition (with the Arbitration Award) is attached to

25 the Singer Declaration as <u>Exhibit A</u>. The Singer Declaration and the exhibits thereto, establishes a

26 *prima facie* case that Petitioner is entitled to recover (A) the sum of $328,565.84, plus interest

27 accruing thereon at the rate of six percent (6%) per annum, commencing September 9, 2007, through

28

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Petition.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

the date this Judgment is satisfied, as provided in the Arbitration Award, and (B) costs incurred in this action in the amount of $548.50 with post-judgment interest to incur on such costs at the rate of 2.05% per annum, commencing from the date of entry of this Judgment, through the date this Judgment is satisfied. Therefore, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure:

    1.    The Arbitration Award against Respondent, Eagle Bag Corporation, is hereby confirmed; and,

    2.    Judgment is hereby entered against the Respondent, Eagle Bag Corporation, in favor of the Petitioner, Ningbo Yong Feng Packaging Co., Ltd., in the amounts of (A) $328,565.84, plus interest thereon at the rate of six percent (6%) per annum, commencing September 9, 2007, and continuing through the date that Respondent, Eagle Bag Corporation, satisfies this Judgment, as provided in the Arbitration Award, and (B) $548.50, representing costs incurred in this action, with post-judgment interest to accrue on the $548.50 in costs at the rate of 2.05% per annum from and after the date of entry of this Judgment until the Respondent satisfies this Judgment.

Certificate of Service of [proposed] Judgment was filed on June 6, 2008.

**END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | **Respondent** |
| 3 | Wang Chin Long<br>Agent for Service of Process<br>Eagle Bag Corporation<br>700A Independent Road<br>Oakland, CA 94621 |
| 4 | |
| 5 | |
| 6 | **Counsel to Petitioner**<br>Pamela E. Singer<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 |
| 7 | |
| 8 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

13900-076\DOCS_SF:59566.1

JUDGMENT

1