Malhar S. Pagay (CA Bar No. 189289)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In the Matter of the Arbitration between | Civil Action, File No. 08-02327 SBA |
| Ningbo Yong Feng Packaging Co., Ltd, | **CERTIFICATE OF SERVICE** |
| Petitioner, | |
| v. | |
| Eagle Bag Corporation, | |
| Respondent. | |

*13900-076\DOCS_SF:59567.1*

Certificate of Service

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA           )
                              )
COUNTY OF SAN FRANCISCO       )

      I, Katherine Suk, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California  94111-4500.

      On June 6, 2008, I caused to be served the

**Request for Entry of Default and Default Judgment By the Clerk**

**Declaration of Pamela E. Singer in Support of Request for Entry of Default and Default Judgment By the Clerk**

**Entry of Default By Clerk and Notice Thereof**

[proposed] **Judgment**

      in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

Wang Chin Long
Agent for Service of Process for Eagle Bag Corporation
700A Independent Rd.
Oakland, CA 94621

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

      I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

      Executed on June 6, 2008, at San Francisco, California.

                                            */s/ Katherine Suk*
                                            Katherine Suk