**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

June 17, 2008

RE:  CV 08-02327 SBA        NINGBO YONG FENG PACKAGING CO., LTD-v- EAGLE BAG CORPORATION

Default is entered as to **Eagle Bag Corporation** on **06/17/2008**.

RICHARD W. WIEKING, Clerk

by: _____
Jessie Mosley
Case Systems Administrator

NDC TR-4  Rev. 3/89