# PACHULSKI
## STANG
### ZIEHL
### JONES

Pamela E. Singer

July 21, 2008

psinger@pszjlaw.com

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP
SAN FRANCISCO, CA
LOS ANGELES, CA
WILMINGTON, DE
NEW YORK, NY

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500
TELEPHONE: **415/263 7000**
FACSIMILE: 415/263 7010

**VIA E-FILING AND U.S. MAIL**

The Honorable Saundra Brown Armstrong
U.S. District Court, Northern District of California
1301 Clay Street
Courtroom 3, 3rd Floor
Oakland, CA 94612-5212

> **Re:    Ningbo Yong Feng Packaging Co., Ltd. v. Eagle
> Bag Corporation; Civil Action File No. 08-02327**

Dear Judge Armstrong:

Our office represents the plaintiff in the above-referenced matter. I am inquiring regarding the status of the proposed Judgment, enclosed with this letter, that I submitted to the Court on June 6, 2008 on behalf of the plaintiff. On June 17, 2008, the Clerk of the Court entered the defendant's default. A copy of this entry of default is also enclosed with this letter.

On June 17, 2008, at the suggestion of Jessie Mosley, Case Systems Administrator, I emailed a copy of the proposed judgment to sbapo@cand.uscourts.gov and also mailed a hard copy to the court. For ease of reference, a copy of the email is attached.

At the Court's convenience, and, if possible, let us know the status of the proposed Judgment.

Very truly yours,

Pamela E. Singer

PES
Enclosure
cc:    Malhar S. Pagay, Esq.

**LOS ANGELES**
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: **310/277 6910**
FACSIMILE: 310/201 0760

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: **302/652 4100**
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: **212/561 7700**
FACSIMILE: 212/561 7777

WEB: WWW.PSZJLAW.COM

1  Malhar S. Pagay (CA Bar No. 189289)
   Pamela E. Singer (CA Bar No. 224758)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, California 94111-4500
   Telephone: 415/263-7000
4  Facsimile: 415/263-7010

5
   Attorneys for Petitioner
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11  In the Matter of the Arbitration between        Civil Action, File No. C08-02327

12  NINGBO YONG FENG PACKAGING CO., LTD,           **JUDGMENT**

13                    Petitioner,

14      v.

15  EAGLE BAG CORPORATION,

16                    Respondent.

17      The Clerk of the Court has previously entered a default pursuant to the *Request for Entry of*

18  *Default and For Default Judgment By the Clerk,* filed by Ningbo Yong Feng Packaging Co., Ltd.

19  ("Petitioner") on June __, 2008.

20      The Petitioner has submitted the *Declaration of Pamela E. Singer* (the "Singer Declaration")

21  that states that the Respondent, Eagle Bag Corporation ("Respondent"), is not an infant, incompetent

22  or in the military and that despite proper service, Respondent has failed to respond to the *Petition for*

23  *Order Confirming Foreign Arbitration Award Pursuant to 9 U.S.C. § 207* ("Petition")[1] that

24  Petitioner filed in this case on May 6, 2008.  The Petition (with the Arbitration Award) is attached to

25  the Singer Declaration as <u>Exhibit A</u>.  The Singer Declaration and the exhibits thereto, establishes a

26  *prima facie* case that Petitioner is entitled to recover (A) the sum of $328,565.84, plus interest

27  accruing thereon at the rate of six percent (6%) per annum, commencing September 9, 2007, through

28

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Petition.

JUDGMENT

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  the date this Judgment is satisfied, as provided in the Arbitration Award, and (B) costs incurred in

2  this action in the amount of $548.50 with post-judgment interest to incur on such costs at the rate of

3  2.05% per annum, commencing from the date of entry of this Judgment, through the date this

4  Judgment is satisfied.  Therefore, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure:

5        1.     The Arbitration Award against Respondent, Eagle Bag Corporation, is hereby

6  confirmed; and,

7        2.     Judgment is hereby entered against the Respondent, Eagle Bag Corporation, in favor

8  of the Petitioner, Ningbo Yong Feng Packaging Co., Ltd., in the amounts of (A) $328,565.84, plus

9  interest thereon at the rate of six percent (6%) per annum, commencing September 9, 2007, and

10  continuing through the date that Respondent, Eagle Bag Corporation, satisfies this Judgment, as

11  provided in the Arbitration Award, and (B) $548.50, representing costs incurred in this action, with

12  post-judgment interest to accrue on the $548.50 in costs at the rate of 2.05% per annum from and

13  after the date of entry of this Judgment until the Respondent satisfies this Judgment.

14       Certificate of Service of [proposed] Judgment was filed on June 6, 2008.

15               **END OF ORDER**

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1

COURT SERVICE LIST

2

**Respondent**
Wang Chin Long

3

Agent for Service of Process
Eagle Bag Corporation

4

700A Independent Road
Oakland, CA 94621

5

**Counsel to Petitioner**

6

Pamela E. Singer
Pachulski Stang Ziehl & Jones LLP

7

150 California Street, 15th Floor
San Francisco, CA 94111

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

JUDGMENT

**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

June 17, 2008

RE:  <u>CV 08-02327 SBA</u>        <u>NINGBO YONG FENG PACKAGING CO., LTD-v- EAGLE</u>
<u>BAG CORPORATION</u>

Default is entered as to **Eagle Bag Corporation** on **06/17/2008**.

RICHARD W. WIEKING, Clerk

by

Jessie Mosley
Case Systems Administrator

NDC TR-4  Rev. 3/89

# Pamela Singer

| | |
|---|---|
| **From:** | Pamela Singer |
| **Sent:** | Tuesday, June 17, 2008 12:02 PM |
| **To:** | 'sbapo@cand.uscourts.gov' |
| **Cc:** | Malhar S. Pagay; Steven J. Kahn; Beth D. Dassa; Kati L. Suk |
| **Subject:** | #59566 v1 - [Ningbo v. Eagle Bag] Proposed Judgment |
| **Attachments:** | 19YM01!.DOC |

This email follows up on a phone call this morning from Jessie Mosley regarding Case No. C08-02327, entitled, *In the Matter of the Arbitration Between Ningbo Yong Feng Packaging Co., Ltd. v. Eagle Bag Corporation.* We represent Ningbo Yong Feng Packaging Co., Ltd.

On June 6, 2008, we filed a Request for Entry of Default and Default Judgment by the Clerk [Docket No. 7]. On June 6, 2008, we also filed the proposed Judgment with the Court [Docket No. 10].

This morning, Mr. Mosely requested that I email a Word version of the proposed Judgment. It is attached. Per Mr. Mosely's request, I am also delivering a hard copy of the attached Judgment to the Court.

If you have any questions, please do not hesitate to call me.


Pamela Singer
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Tel: 415.263.7000 | Fax: 415.263.7010
psinger@pszjlaw.com
www.pszjlaw.com

Los Angeles | San Francisco | Wilmington, DE | New York

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

1  Malhar S. Pagay (CA Bar No. 189289)
   Pamela E. Singer (CA Bar No. 224758)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, California  94111-4500
   Telephone: 415/263-7000
4  Facsimile:  415/263-7010

5

6  Attorneys for Petitioner

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11 | In the Matter of the Arbitration between | Civil Action, File No. C08-02327

12 | NINGBO YONG FENG PACKAGING CO., LTD, | **JUDGMENT**

13 |                    Petitioner,

14 |    v.

15 | EAGLE BAG CORPORATION,

16 |                    Respondent.

17      The Clerk of the Court has previously entered a default pursuant to the *Request for Entry of*

18 *Default and For Default Judgment By the Clerk,* filed by Ningbo Yong Feng Packaging Co., Ltd.

19 ("Petitioner") on June __, 2008.

20      The Petitioner has submitted the *Declaration of Pamela E. Singer* (the "Singer Declaration")

21 that states that the Respondent, Eagle Bag Corporation ("Respondent"), is not an infant, incompetent

22 or in the military and that despite proper service, Respondent has failed to respond to the *Petition for*

23 *Order Confirming Foreign Arbitration Award Pursuant to 9 U.S.C. § 207* ("Petition")[1] that

24 Petitioner filed in this case on May 6, 2008.  The Petition (with the Arbitration Award) is attached to

25 the Singer Declaration as <u>Exhibit A</u>.  The Singer Declaration and the exhibits thereto, establishes a

26 *prima facie* case that Petitioner is entitled to recover (A) the sum of $328,565.84, plus interest

27 accruing thereon at the rate of six percent (6%) per annum, commencing September 9, 2007, through

28

---
[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Petition.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  the date this Judgment is satisfied, as provided in the Arbitration Award, and (B) costs incurred in

2  this action in the amount of $548.50 with post-judgment interest to incur on such costs at the rate of

3  2.05% per annum, commencing from the date of entry of this Judgment, through the date this

4  Judgment is satisfied. Therefore, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure:

5        1.      The Arbitration Award against Respondent, Eagle Bag Corporation, is hereby

6  confirmed; and,

7        2.      Judgment is hereby entered against the Respondent, Eagle Bag Corporation, in favor

8  of the Petitioner, Ningbo Yong Feng Packaging Co., Ltd., in the amounts of (A) $328,565.84, plus

9  interest thereon at the rate of six percent (6%) per annum, commencing September 9, 2007, and

10 continuing through the date that Respondent, Eagle Bag Corporation, satisfies this Judgment, as

11 provided in the Arbitration Award, and (B) $548.50, representing costs incurred in this action, with

12 post-judgment interest to accrue on the $548.50 in costs at the rate of 2.05% per annum from and

13 after the date of entry of this Judgment until the Respondent satisfies this Judgment.

14       Certificate of Service of [proposed] Judgment was filed on June 6, 2008.

15                            **END OF ORDER**

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

COURT SERVICE LIST

**Respondent**
Wang Chin Long
Agent for Service of Process
Eagle Bag Corporation
700A Independent Road
Oakland, CA 94621

**Counsel to Petitioner**
Pamela E. Singer
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

JUDGMENT