IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration between | C 08-02327 |
| NINGBO YONG FENG PACKAGING CO., LTD, | **JUDGMENT** |
|     Petitioner, | |
|     v. | |
| EAGLE BAG CORPORATION, | |
|     Respondent. | |

The Clerk of the Court has previously entered a default pursuant to the *Request for Entry of Default and For Default Judgment By the Clerk*, filed by Ningbo Yong Feng Packaging Co., Ltd. ("Petitioner") on June 17, 2008.

The Petitioner has submitted the *Declaration of Pamela E. Singer* (the "Singer Declaration") that states that the Respondent, Eagle Bag Corporation ("Respondent"), is not an infant, incompetent or in the military and that despite proper service, Respondent has failed to respond to the *Petition for Order Confirming Foreign Arbitration Award Pursuant to 9 U.S.C. § 207* ("Petition") that Petitioner filed in this case on May 6, 2008. The Petition (with the Arbitration Award) is attached to the Singer Declaration as Exhibit A. The Singer Declaration and the exhibits thereto, establishes a *prima facie* case that Petitioner is entitled to recover (A) the sum of $328,744.65, plus interest accruing thereon at the rate of six percent (6%) per annum, commencing September 9, 2007, through the date this Judgment is satisfied, as provided in the Arbitration Award, and (B) costs incurred in this action in the amount of $548.50 with post-judgment interest to incur on such costs at the rate of 2.21% per annum, commencing from the date of entry of this Judgment, through the date this Judgment is satisfied. Therefore, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure:

1. The Arbitration Award against Respondent, Eagle Bag Corporation, is hereby confirmed; and,

2. Judgment is hereby entered against the Respondent, Eagle Bag Corporation, in favor of the Petitioner, Ningbo Yong Feng Packaging Co., Ltd., in the amounts of (A) $328,744.65, plus interest thereon at the rate of six percent (6%) per annum, commencing September 9, 2007, and continuing through the date that Respondent, Eagle Bag Corporation, satisfies this Judgment, as provided in the Arbitration Award, and (B) $548.50, representing costs incurred in this action, with post-judgment interest to accrue on the $548.50 in costs at the rate of 2.21% per annum from and after the date of entry of this Judgment until the Respondent satisfies this Judgment.

IT IS SO ORDERED.

Dated: 9/2/08

SAUNDRA BROWN ARMSTRONG
United States District Judge